IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

ORDER GIVING NOTICE OF DISMISSAL

CIVIL NUMBER:

    Plaintiff

V

    Defendant

Notice is given that this cevkqp will be dismissed'y kj qw'r tglwf leg'ci ckpuv'" under Local Rule 41 and Rule 4 of the Federal Rules of Civil Procedure, fourteen (14) days from the date of this Order unless"service of process is made or good cause for not dismissing case is shown.

A copy of Local Rule 41 is forwarded with this Order.

Dated this           day of

_____
By: Deputy Clerk