UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

CIVIL NUMBER:

Plaintiff

vs

ORDER OF DISMISSAL RE: SERVICE

Defendant

With notice given according to Local Rule 41 and no action taken,

IT IS ORDERED that the above-entitled action"ci ckpuv

""""""""""is dismissed without prejudice under Local"Rule 41 and Rule 4(m) of the Federal Rules of Civil Procedure for failure to make service of process.

Dated this         day of

"_

_____
Deputy Clerk